Crowley Brothers, Inc., Appellee, v. Henry F. Ward et al. Henry F. Ward, Appellant.

Gen. No. 9,884.

Heard in this court at the May term, 1943; opinion filed July 8, 1943; rehearing granted October 13, 1943; rehearing opinion filed April 27, 1944. Leon E. Sutherland and Shelton F. McGrath, for appellant; Bartley & Younge and Thomas B. Kennedy, for appellee. PER CURIAM. Not to be published in full.